Filed 12-2-05
Clerk, U. S. D. ...
Western District ...
By _____  Dep...

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. EP-02-CR-1815-FM |
| | ) | |
| JOHN LOUIS MARQUEZ | ) | |

## ORDER REVOKING SUPERVISED RELEASE

On December 1, 2005, came on to be considered the motion to revoke supervised release in the above styled and numbered cause. The Defendant appeared in person and by and through his counsel of record and the Government appeared by and through its Assistant United States Attorney. After hearing the evidence, the Court found that the Defendant, JOHN LOUIS MARQUEZ, had violated the conditions of supervised release imposed by virtue of the judgment entered herein on July 11, 2003, in that he failed to report to the U.S. Probation Officer as directed by the Court. The Court further found that continuing the Defendant on supervised release would no longer serve the ends of justice, and that the motion to revoke supervised release should be granted.

It is therefore ORDERED that the motion to revoke supervised release filed herein on March 14, 2005, be, and it is hereby, GRANTED.

It is further ORDERED that the supervised release of Defendant JOHN LOUIS MARQUEZ be, and it is hereby, REVOKED.

31

It is further ORDERED that the Defendant be, and he is hereby, COMMITTED to the custody of the Bureau of Prisons for a period of one (1) month and that upon release the defendant shall be on supervised release for one (1) months with the following special condition: that the defendant reside at Dismas Charities, Inc. for a period of one (1) month and comply with all rules and regulations prescribed for the residents of said facility.

SIGNED and ENTERED this ____1st____ day of December, 2005.

_____
FRANK MONTALVO
United States District Judge